UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UMA R. KANDAN,    Civil Action No. 24-2089

    Magistrate Judge Dossier

    Plaintiff,
v.

CHARLOTTE A. BURROWS, CHAIR,
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

    Defendants.

### MOTION TO WITHDRAW JENNY LEWIS AS COUNSEL OF RECORD

Plaintiff Uma R. Kandan hereby asks that the Court withdraw Jenny Lewis, formerly of Chirinos Law Firm PLLC, as counsel of record for Plaintiff. Ms. Lewis has recently departed from Chirinos Law Firm PLLC.

Plaintiff remains represented by Tulio D. Chirinos of Chirinos Law Firm PLLC, who is designated as trial attorney, as well as Carlos Cano of Cano Law LLC. Plaintiff will not be adversely affected by the withdrawal of Ms. Lewis because she maintains continuity of representation.

A proposed order is attached.

Dated: June 7, 2025                                                      Respectfully submitted,

By: */s/ Tulio D. Chirinos*

Tulio D. Chirinos (TA)
La. Bar Roll No. 35079
CHIRINOS LAW FIRM PLLC
370 Camino Gardens Blvd.,
Suite 106
Boca Raton, FL 33432
Tel.: (561) 299-6334
tchirinos@chirinoslawfirm.com

Carlos Cano
La. Bar Roll No. 36822
CANO LAW LLC
2701 Metairie Rd.
Metairie, La.  70001
Direct: (504) 909-3822
Office: (504) 910-2266
Fax: (504) 910-2266
ccano@canolaw.com

*Attorneys for Plaintiff*