MINUTE ENTRY
DOSSIER, M.J.
September 5, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UMA R KANDAN | CIVIL ACTION |
| VERSUS | NO. 24-2089 |
| CHARLOTTE BURROWS ET AL. | DIVSION 3 |

**MINUTE ENTRY**

A telephone status conference was held on Friday, September 5, 2025.

PRESENT FOR:

*Plaintiff*: Tulio D. Chirinos, Carlos Cano; and

*Defendants*: Jason Bigelow, Daniel Press, Matthias Kriegel.

The Court advised the parties that Defendants' Motion for Summary Judgement (R. Doc. 35) will be denied.

_____
EVA J. DOSSIER
UNITED STATES MAGISTRATE JUDGE

MJSTAR: 00:04