UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UMA R. KANDAN | ) | |
| | ) | Case No: 24-2089 |
| **Plaintiff** | ) | |
| | ) | Section: (3) |
| v. | ) | |
| | ) | Magistrate Judge Dossier |
| ANDREA R. LUCAS, CHAIR, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | ) ) ) | |
| | ) | |
| **Defendant** | ) | |

**STIPULATION OF DISMISSAL OF COUNT II PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Uma R. Kandan ("Plaintiff") and Defendant, Andrea R. Lucas, Acting Chair of the Equal Employment Opportunity Commission ("EEOC"), by and through undersigned counsel, hereby stipulate to the voluntarily dismissal without prejudice by Plaintiff of the Amended Complaint's Count II, Title VII discrimination on the basis of race and national origin (ECF No. 13, ¶¶ 102-105). Count II is voluntarily dismissed against the EEOC and will not be submitted to the jury during the October 22, 2025 trial in the above-captioned matter. Count I, Title VII discrimination on the basis of gender, remains unchanged and is the only count that will remain and the only count that will be presented to the jury during the October 22, 2025 trial in the above-captioned matter. Each party shall bear its own fees and costs with respect to Count II.

Date: September 25, 2025                                                              Respectfully submitted,

| | |
|---|---|
| CHIRINOS LAW FIRM PLLC<br>By: */s/ Tulio D. Chirinos*<br>Tulio D. Chirinos (TA)<br>La. Bar Roll No. 35079<br>370 Camino Gardens Blvd., Suite 106<br>Boca Raton, FL 33432<br>Tel.: (561) 299-6334<br>tchirinos@chirinoslawfirm.com<br><br>*/s/ Carlos Cano*<br>Carlos Cano<br>CANO LAW LLC<br>La. Bar Roll No. 36822<br>2701 Metairie Rd.<br>Metairie, La. 70001<br>Direct: (504) 909-3822<br>Office: (504) 910-2266<br>Fax: (504) 910-2266<br>ccano@canolaw.com<br><br>*/s/ Andrew Lacy, Jr.*<br>Andrew Lacy, Jr. (*Pro Hac Vice*)<br>The Lacy Employment Law Firm LLC<br>3675 Market Street, Suite 200<br>Philadelphia, PA 19104<br>Office: (412) 301-3908<br>Direct: (412) 407-9099<br><br>*/s/ Nicole Cverko*<br>Nicole Cverko (*Pro Hac Vice*)<br>Chirinos Law Firm PLLC<br>11 Broadway Ste 615<br>New York, NY 10004-1490<br>Tel: 646-559-9952<br>ncvercko@chirinoslawfirm.com<br><br>Attorneys for Plaintiff | MICHAEL M. SIMPSON<br>ACTING UNITED STATES ATTORNEY<br><br>*/s/ Jason M. Bigelow*<br>Jason M. Bigelow (La. #29761)<br><br>*/s/ Sandra Lee Sears*<br>Sandra Lee Sears<br><br>United States Attorney's Office<br>650 Poydras Street, Suite 1600<br>New Orleans, Louisiana 70130<br>Telephone: (504) 680-3025<br>Facsimile: (504) 680-3174<br>E-mail: Jason.Bigelow@usdoj.gov,<br>Sandra.sears@usdoj.gov<br><br>Attorneys for Defendant Andrea R. Lucas, Acting Chair, Equal Employment Opportunity Commission |