MINUTE ENTRY
DOSSIER, M.J.
October 3, 2025

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UMA R KANDAN | CIVIL ACTION |
| VERSUS | NO. 24-2089 |
| CHARLOTTE BURROWS | DIVSION: (3) |

### **ORDER**

A status conference was held on Friday, October 3, 2025. The parties discussed issues related to trial. The Court instructed counsel to maintain availability for December 15, 2025, as a potential new date for trial.

PRESENT FOR:

*Plaintiff:* Carlos Cano, Nicole M. Cvercko, Tulio D. Chirinos

*Defendant:* Jason M. Bigelow, Sandra Lee Sears

Defendant orally moved to continue the trial date based on the unavailability of counsel and witnesses. Plaintiff did not oppose.

Accordingly,

**IT IS ORDERED** that the oral motion to continue the trial date is **GRANTED** and that the October 20, 2025 trial in this matter is **CONTINUED** to be reset at a later date.

**IT IS FURTHER ORDERED** that all deadlines in the case are **STAYED**.

**IT IS FURTHER ORDERED** that either party may move to set a status conference to reset dates and deadlines at an appropriate time.

**IT IS FURTHER ORDERED** that Plaintiff may re-urge their Motion for Leave to Amend Witness and Exhibit List.[1]

_____
EVA J. DOSSIER
UNITED STATES MAGISTRATE JUDGE

MJSTAR: 00:08

---

[1] The opposition deadlines established in the Local Rules will not apply given the stay.