UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UMA R. KANDAN | CIVIL ACTION |
| VERSUS | NO. 24-2089 |
| CHARLOTTE BURROWS, ET AL. | DIVISION 3 |

**ORDER SCHEDULING STATUS CONFERENCE**

**IT IS ORDERED** that a telephone status conference is scheduled for **Thursday, January 22, 2026, at 4:15 p.m.,** before the undersigned magistrate judge. Parties are to participate in the conference by dialing (833) 990-9400 and entering Call ID 590722428.

New Orleans, Louisiana, this 22nd day of January, 2026.

_____
EVA J. DOSSIER
UNITED STATES MAGISTRATE JUDGE