UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UMA R. KANDAN ) <br> ) <br>     **Plaintiff** ) <br> ) <br> v. ) <br> ) <br> ANDREA R. LUCAS, CHAIR, EQUAL ) <br> EMPLOYMENT OPPORTUNITY ) <br> COMMISSION ) <br> ) <br>     **Defendant** ) | Case No: 24-2089 <br><br> Section: (3) <br><br> Magistrate Judge Dossier |

**DEFENDANT'S SUPPLEMENTAL BRIEF IN RESPONSE TO THE COURT'S ORDER AT REC. DOC. 110 REGARDING INSTANCES OF RAYFORD IRVIN SELECTING FEMALE JOB APPLICANTS OVER MALE APPLICANTS**

**NOW INTO COURT**, through the undersigned Assistant United States Attorney, comes the Defendant, Andrea R. Lucas, Chair of the Equal Employment Opportunity Commission ("EEOC"), who files this memorandum in response to Plaintiff's motion in limine to exclude evidence of alleged favorable treatment of other female employees, Rec. Doc. 102, and the Court's January 21, 2026 Order requesting a supplemental brief, Rec. Doc. 110. Consistent with the Court's Order, Defendant identifies the selections it intends to have Rayford Irvin address at trial solely for rebuttal purposes, in response to Plaintiff's evidence and argument concerning alleged non-selections of other applicants, including Plaintiff's own non-selection.

The four selections described below are similar to the non-selections about which the Court is permitting testimony:[1]

- Jennifer Ortiz-Prather for the GS-15 Houston Deputy District Director in 2019;

- Jennifer Mitchem for the GS-13 Enforcement Supervisor in the NOFO in March 2021;

---

[1] *See* Rec. Doc. 74 at pp. 13-19 (citing *Sprint/United Mgmt. Co. v. Mendelsohn*, 552 U.S. 379, 388 (2008) and *Wyvill v. United Companies Life Ins. Co.*, 212 F.3d 296 (5th Cir. 2000)).

1

- Jennifer Ortiz-Prather for the GS-15 Houston Deputy District Director in 2023.

Like those non-selections, Defendant's proposed selections involved the same selecting official (Irvin), they were made close in time to Kirkland's selection over Kandan in December 2022, and all involved supervisory, management, or high-level positions within the EEOC (GS-13 and above).

1. Jennifer Mitchem was selected as the GS-13 Enforcement Supervisor in the New Orleans Field Office. Mitchem was selected over Thomas Perry, a male applicant. Interviews were in June 2022 with the selection made shortly afterwards. Rayford Irvin was the selecting official.

2. Ligita Landry was selected as the GS-15 Deputy Director of the Dallas District Office. Landry was selected over Vidal Gray and Michael Anderson, two male applicants. Interviews were in July 2022 with the selection made shortly afterwards. Rayford Irvin was serving as the Acting Director of the Dallas District at the time and was the selecting official.

3. Marino Franco-Guerra was selected as the GS-14 Program Analyst, Outreach and Education Coordinator, in the Houston District Office. Ms. Franco-Guerra was selected over three male applicants, Mark Ellison, Zachary Florent, and Perry Canales, as well as five female applicants, Marilyn Blackshear, Andrea Smallwood, Jan Mitchell, Patricia Alexander, and April Klug. Interviews were in May 2020 with the selection shortly after. Rayford Irvin was the selecting official.

4. While not a specific selection, one of Defendant's listed exhibits produced during discovery is a spreadsheet of all promotions within the Houston District between January 1, 2020 and February 27, 2025. This spreadsheet was previously referenced in Defendant's motion in limine.[2] Defendant will not have Irvin go through each of these promotions in detail, other than

---

[2] Rec. Doc. 47-1 at p. 9.

any of the selections described above, but will use the spreadsheet to note that of the 73 promotions during this time period, 38 of the promotions were women and 35 were men. In addition, of the promotions listed on the spreadsheet that were GS-13 and above, women were selected for nine of the twenty promotions. This spreadsheet is attached as Exhibit 1 and currently listed as Defendant's Exhibit D1 in the forthcoming Exhibit lists. Plaintiff is objecting to this exhibit.

In the interest of full disclosure, Defendant also intends to present limited evidence for when Patricia Carrasco was selected as the GS-14 Enforcement Manager in the San Antonio Field Office. Carrasco was selected over Michael Kirkland. However, even though Irvin was the selecting official, the EEOC will only present evidence that Travis Nicholson was one of the interview panelists for this position and that Nicholson scored Carrasco higher than he scored Kirkland. This evidence will be presented to rebut the anticipated testimony that Nicholson was biased in favor of Kirkland on his other interview panels. The full scoring for all panelists will not be presented and the EEOC will does not intend to elicit testimony from Irvin regarding this selection.

Respectfully,

DAVID I. COURCELLE
UNITED STATES ATTORNEY


/s/ Jason M. Bigelow
JASON M. BIGELOW (29761)
Assistant United States Attorney
650 Poydras Street - Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3025
Fax: (504) 680-3174
Email: jason.bigelow@usdoj.gov

3