UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UMA R. KANDAN | CIVIL ACTION |
| VERSUS | NO. 24-2089 |
| ANDREA R. LUCAS, CHAIR, EMPLOYMENT OPPORTUNITY COMMISSION | DIVISION: (3) |

### ORDER SCHEDULING STATUS CONFERENCE

The parties' recent submission[1] indicates a misreading or misapplication of the Court's prior ruling on a motion in limine.  In considering whether to allow Rung, Kingsley, or Ortiz Prather to testify as to their firsthand knowledge of Kandan and Kirkland's relative qualifications for the position of Field Director, the Court stated: "Rules 701 and 702 permit coworkers to compare candidates and testify as to their subjective beliefs as to discrimination so long as the witness can establish a factual foundation for those beliefs."[2]  Kandan interprets this statement as authorizing the admission of evidence that "Mr. Irvin treated women more harshly during meetings and did not provide mentor/career development for women."[3]  Satisfying Rules 701 and 702 is not an end-run around the other rules, including particularly Rules 401 and 403.  Moreover, the Court's prior ruling was directed only to: (1) coworker testimony relative to Kandan and Kirkland's qualifications, and (2) certain

---

[1] R. Doc. 133.
[2] R. Doc. 74 at 11.
[3] R. Doc. 133 at 2.

1

enumerated selection decisions. That ruling did not authorize the admission of any evidence of discrimination that satisfies rules 701 and 702.

To address any remaining confusion,

**IT IS ORDERED** that an in-person status conference is scheduled for **Thursday, January 29, 2026, at 3:30 p.m.,** before the undersigned magistrate judge, Courtroom B-305, Hale Boggs Federal Building, 500 Poydras Street, New Orleans, Louisiana. Please note that a photo ID is required to enter the building. **PLEASE ARRIVE TEN MINUTES BEFORE THE SCHEDULED START TIME.**

New Orleans, Louisiana, this 28th day of January, 2026.

EVA J. DOSSIER
UNITED STATES MAGISTRATE JUDGE