MINUTE ENTRY
DOSSIER, M.J.
January 29, 2026

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UMA R KANDAN | CIVIL ACTION |
| VERSUS | NO. 24-2089 |
| ANDREA R. LUCAS, CHAIR, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | DIVSION (3) |

## ORDER

An in-person status conference was held on Thursday, January 29, 2026.

PRESENT FOR:

   *Plaintiff:* Carlos Cano, Andrew Lacy, Jr.

   *Defendant:* Jason M. Bigelow, Sandra Lee Sears

Counsel discussed issues related to trial.

   **IT IS ORDERED** that counsel jointly prepare and email to efile-dossier@laed.uscourts.gov a list of names of: (1) parties, (2) counsel, (3) support staff (or anyone else) who will be present at counsel's tables; and (4) witnesses. The list will be displayed to the jury during voir dire.

_____
EVA J. DOSSIER
UNITED STATES MAGISTRATE JUDGE

MJSTAR: 00:54