MINUTE ENTRY
DOSSIER, M.J.
February 3, 2026

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UMA R KANDAN | CIVIL ACTION |
| VERSUS | NO. 24-2089 |
| ANDREA R. LUCAS, CHAIR, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | DIVSION: (3) |

## ORDER

An in-person conference was held on Tuesday, February 3, 2026.

PRESENT FOR:

*Plaintiff:* Tulio D. Chirinos, Carlos Cano, Andrew Lacy, Jr.

*Defendant:* Jason M. Bigelow, Sandra Lee Sears

At the conference, the parties requested the opportunity to brief whether Ligita Landry may be called for rebuttal or impeachment purposes and, if so, the scope of her testimony.

**IT IS ORDERED** that the parties submit memoranda with supporting authorities no later than **6:00 p.m. the business day before Ligita Landry is called as a witness.**

_____
EVA J. DOSSIER
UNITED STATES MAGISTRATE JUDGE

MJSTAR: 00:17