UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UMA R. KANDAN                                           CIVIL ACTION

VERSUS                                                        NO.  24-2089

CHARLOTTE BURROWS, ET AL.                      DIVISION 3

### ORDER SCHEDULING STATUS CONFERENCE

**IT IS ORDERED** that a telephone status conference is scheduled for **Thursday, February 12, 2026, at 2:30 p.m.,** before the undersigned magistrate judge.  Parties are to participate in the conference by dialing (833) 990-9400 and entering Call ID 007704035. The purpose of the conference is to select a new trial date.

New Orleans, Louisiana, this 9th day of February, 2026.

_____
EVA J. DOSSIER
UNITED STATES MAGISTRATE JUDGE