UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UMA R. KANDAN | ) | |
| | ) | Case No: 24-2089 |
| **Plaintiff** | ) | |
| | ) | Section: (3) |
| v. | ) | |
| | ) | Magistrate Judge Dossier |
| ANDREA R. LUCAS, CHAIR, EQUAL | ) | |
| EMPLOYMENT OPPORTUNITY | ) | |
| COMMISSION | ) | |
| | ) | |
| **Defendant** | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT TO
ADD HOSTILE WORK ENVIRONMENT CLAIM**

**NOW INTO COURT**, through the undersigned counsel, comes Plaintiff, who, pursuant to Federal Rule of Civil Procedure 15, moves to amend the operative complaint to add a claim of hostile work environment pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. 2000e-16. As is explained in the attached memorandum in support, the claim should be added because it entered the trial and will not prejudice Defendant EEOC.

1

Respectfully submitted,

**CHIRINOS LAW FIRM PLLC**

By: */s/ Tulio D. Chirinos*
Tulio D. Chirinos (TA)
La. Bar Roll No. 35079
20283 State Rd 7, Suite 592 Boca Raton, FL 33498
Tel.: (561) 299-6334

*/s/ Carlos Cano*
Carlos Cano
CANO LAW LLC
La. Bar Roll No. 36822
2701 Metairie Rd.
Metairie, La. 70001
Direct: (504) 909-3822
Office: (504) 910-2266

*/s/ Andrew Lacy, Jr.*
Andrew Lacy, Jr. (*Pro Hac Vice*) The Lacy Employment Law Firm LLC
3675 Market Street, Suite 200
Philadelphia, PA 19104
Office: (412) 301-3908
Direct: (412) 407-9099

*/s/ Nicole Cvercko*
Nicole Cvercko (*Pro Hac Vice*)
Chirinos Law Firm PLLC
11 Broadway Ste 615
New York, NY 10004-1490
Tel: 646-559-9952

**Attorneys for Plaintiff**